1 Educhildren v. County of Douglas Board of Equalization No. 22SC799
Supreme Court of Colorado
November 14, 2022

 As to
 the following issues:

 Whether
 the district court erred in concluding, as a matter of law,
 that under C.R.S. Section 39-1-104(11)(b)(I) defendants had
 the discretion, but were not obligated to revalue
 taxpayers' properties for tax year 2020 based upon
 unusual conditions occurring in 2020.

 Whether
 the district court erred in concluding, as a matter of law,
 that under C.R.S. Section 39-1-104(11)(b)(I) any unusual
 condition that requires revaluation would have to arise
 during the base period for which the level of value was
 determined for the tax year in question.

 Whether
 the district court erred in concluding, as a matter of law,
 that taxpayers' were not entitled to the remedies they
 sought because: a. Douglas was not required to perform a duty
 under C.R.S. Section 39-1-104(11)(b)(I) therefore Rule 106(a)
 relief (mandamus) was not available; b. The district court
 was not authorized to remand the case to the Douglas County
 Assessor for revaluation under C.R.S. Section 39-8-108 (de
 novo relief); and c. The taxpayers did not state a plausible
 claim for relief justifying declaratory judgment relief.